**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| ALEXANDER CORTEZ-DEBONAR, | ) | |
| Plaintiff(s), | ) | Case No. 2:15-cv-00491-JAD-NJK |
| vs. | ) | ORDER |
| BETSY FRETWELL, et al., | ) | |
| | ) | (Docket No. 18) |
| Defendant(s). | ) | |

Pending before the Court is a stipulation to extend the dispositive motion deadline. Docket No. 18. Requests to extend discovery must "be supported by a showing of good cause for the extension." Local Rule 26-4. Additionally, "all motions or stipulations to extend a deadline set forth in the discovery plan shall be received by the Court no later than twenty-one (21) days before the expiration of the subject deadline." *Id*. Late motions or stipulations "shall not be granted unless the movant demonstrates that the failure to act was the result of excusable neglect." *Id.*

Here, the parties filed their stipulation on February 18, 2016, and the dispositive motion deadline expires on February 26, 2016. *See* Docket Nos. 18, 17. Thus, the Local Rules require them to demonstrate that their failure to act was the result of excusable neglect. The parties state that they require "additional time due to other deadlines and scheduling matters." Docket No. 18 at 2. However, they do not address, much less demonstrate, excusable neglect. *Id*.

//

//

//

1  Accordingly, the stipulation is hereby **DENIED** without prejudice.

2  IT IS SO ORDERED.

3  DATED: February 19, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge