# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

ALEXANDER CORTEZ-DEBONAR, et al.,

           Plaintiff(s),

v.

BETSY FRETWELL, et al.,

           Defendant(s).

Case No. 2:15-cv-00491-JAD-NJK

**ORDER**

(Docket No. 39)

      Pending before the Court is Defendant Fretwell's motion for an exception to the personal attendance requirements at the settlement conference scheduled for October 13, 2016. Docket No. 39. Specifically, Defendant's counsel requests that Defendant be excused from the settlement conference. *See id*. This request is untimely. *See* Docket No. 28 at 2. Moreover, Defendant is alleged to have made the decision to terminate Plaintiffs' employment. Docket No. 1 at 2. Her presence at the settlement conference is therefore required.

      Accordingly, Defendant's motion, Docket No. 39, is hereby **DENIED**.

      IT IS SO ORDERED.

      Dated: September 22, 2016

                                              _____
                                              NANCY J. KOPPE
                                              United States Magistrate Judge