**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ALEXANDER CORTEZ-DEBONAR, et al.,<br><br>   Plaintiff(s),<br><br>v.<br><br>BETSY FRETWELL, et al.,<br><br>   Defendant(s). | Case No. 2:15-cv-00491-JAD-NJK<br><br>**ORDER**<br><br>(Docket No. 41) |

Pending before the Court is Defendants' motion to continue the settlement conference scheduled for October 13, 2016 or, in the alternative, to allow Defendant Fretwell to appear telephonically. Docket No. 41. The Court hereby **ORDERS** Plaintiffs to file a response no later than September 28, 2016 at 12:00 p.m. Any reply shall be filed no later than September 29, 2016 at 12:00 p.m.

IT IS SO ORDERED.

Dated: September 27, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge