# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ALEXANDER CORTEZ-DEBONAR, et al., ) <br>  ) <br> Plaintiff(s), ) <br>  ) <br> v. ) <br>  ) <br> BETSY FRETWELL, et al., ) <br>  ) <br> Defendant(s). ) | Case No. 2:15-cv-00491-JAD-NJK <br> **ORDER** <br> (Docket No. 41) |

Currently pending before the Court is Defendants' Motion to Continue Settlement Conference or, in the Alternative, to Allow for Telephonic Appearance. Docket No. 41. Plaintiffs filed a response. Docket No. 43. Defendants filed a reply. Docket No. 44. Plaintiffs have indicated that they are open to continuing the settlement conference. *See* Docket No. 43. Plaintiffs and Defendants are available on October 21, 2016. *See* Docket Nos. 41, 43, 44.

Accordingly, Defendants' motion, Docket No. 41, is **GRANTED** in part and **DENIED** in part. The Court hereby **CONTINUES** the settlement conference from October 13, 2016, to **October 21, 2016** at **9:00 a.m.** in the chambers of the undersigned magistrate judge. Defendant Fretwell's request to attend telephonically is **DENIED**. The settlement conference statements shall be submitted, in an envelope marked "Confidential," <u>directly to the</u> undersigned's box in <u>the Clerk's Office not later than **3:00 p.m.**</u> on **October 14, 2016. DO NOT SERVE A COPY ON OPPOSING COUNSEL.** With the exception of the change of dates as set forth herein, all requirements set forth in original scheduling order, Docket No. 28, remain the same.

IT IS SO ORDERED.

Dated: September 29, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge